J. Erwin Hyney, Appellant, *v.* Marie Nielsen et al., as Executors of Gerald B. Nielsen, Deceased, et al., Respondents.

Submitted January 3, 1956; decided January 5, 1956.

Motion to dispense with the printing of defendants' exhibit " E " in the record on appeal herein and to submit to the Court of Appeals, in lieu thereof, the original of said exhibit granted.

In the Matter of Arthur R. Hanson et al., Respondents, against Edward Rager, Appellant.

Submitted January 3, 1956; decided January 5, 1956.

*Louis Waldman* and *Edward Rager,* in person, for motion. *Harry J. Halperin* and *Israel A. Stein* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution.